UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                  Case No. 12-50344
                                                                                                                      Honorable Julian Abele Cook, Jr.

FRANZ MICAKOVIC,

        Defendant.

## ORDER

This matter involves an objection raised by the Defendant, Franz Micakovic, to the writ of garnishment received by the Government for his wages. On August 23, 2012, Micakovic filed a request for a hearing, which was forwarded by the Court to Magistrate Judge R. Steven Whalen for evaluation. In a report on October 10, 2012, the Magistrate Judge recommended that this Court deny Micakovic's request for a hearing. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

       IT IS SO ORDERED.

Date: June 7, 2013                                                                s/Julian Abele Cook, Jr.
                                                                                            JULIAN ABELE COOK, JR.
                                                                                            U.S. District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 7, 2013.

s/ Kay Doaks
Case Manager